IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EMMANUEL C. GONZALEZ, | § | |
| Plaintiff, | § § § | |
| vs. | § § | Case No. 2:14-cv-0908 |
| THIS LIFE, INC., | § § | JURY DEMAND |
| Defendant. | § § | |

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

    The plaintiff, Emmanuel C. Gonzalez, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby moves for an order dismissing all claims in this action WITHOUT PREJUDICE. The Complaint in this matter was filed on September 23, 2014, and no responsive pleading has been filed to date by Defendant This Life, Inc.

    A proposed Order is being submitted herewith.

Date: October 14, 2014                    Respectfully submitted,

/s/ M. Scott Fuller
M. Scott Fuller
   Texas Bar No. 24036607
   sfuller@lockelord.com
Paul D. Lein
   Texas Bar No. 24070133
   plein@lockelord.com
Darrian L. Campbell
   Texas Bar No. 24087250
   dcampbell@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
Telephone:  (214) 740-8000
Facsimile:  (214) 740-8800

**ATTORNEYS FOR PLAINTIFF**
**EMMANUEL C. GONZALEZ**

### CERTIFICATE OF SERVICE

The undersigned certifies that on October 14, 2014, the foregoing was electronically filed with the Clerk of the Court for the Eastern District of Texas, using the Court's Electronic Case Filing (ECF) system.  The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice as service of this document by electronic means.  A copy was also sent to defendant via electronic mail.


/s/ M. Scott Fuller